# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **CARRIE JOHNSON,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **NAVIENT SOLUTIONS LLC, ET AL.,** | CASE NO: 18-1011-STA-egb |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation of Dismissal with Prejudice entered on September 13, 2018, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 9/13/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk